UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| Quentin McConnell | CIVIL ACTION 3-04-0940 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| Commissioner of Social Security | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### **J U D G M E N T**

  For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

  IT IS ORDERED that the PLAINTIFF's motion for attorney fees, Doc. # 11, is GRANTED. Defendant is ORDERED to pay to plaintiff fees and costs in the amount of $2,307.00.

  THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 10th day of August, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE